IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN LINSSENS,

        Appellant,

v.

Case No.  5D21-2887
LT Case No. 1991-001351-CFAES

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

O.H. Eaton, Jr. and Mitchell G.
Wrenn, of the Office of Criminal
Conflict & Civil Regional Counsel,
Casselberry, for Appellant.

John Linssens, Crawfordville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

       AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.